Elsie H. Ettlinger v. Albert J. Kramer and Others.— Motion granted unless appellant complies with terms stated in order.   Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Pavlowa Ballet, Inc., v. Ben H. Atwell.— Motion granted, with ten dollars costs.  Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Herbert M. Guiterman v. Laurens P. Dixon.— Applications denied, with ten dollars costs.  Orders signed.   Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Walter J. Salomon v. Samuel D. Matthews.— Application denied, with ten dollars costs.  Order signed.   Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Locomobile Company of America v. Edwin Nichols.— Application denied, without costs, as unnecessary.   Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Everett House and Others v. Frederick D. Clayton.— Motion denied, with ten dollars costs.  Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Joseph T. McCaddon v. Central Trust Company.— Motion denied, with ten dollars costs.   Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Minnie Holstein v. Steeplechase Park Company.   Jacob Holstein v. Steeplechase Park Company.— Motion denied, with ten dollars costs. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Clinton W. Kinsella v. Kinsella United Properties Company.— Motion granted.  Order to be settled on notice.   Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Mason-Seaman Transportation Company v. John P. Mitchel, as Mayor of the City of New York, etc.— Motion granted,   Order to be settled on notice. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

James P. Reid, as Administrator, etc., v. Gustave A. Wuerfel and Another.— Motion for stay denied.   Order to be settled on notice. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Ludwig Meyer v. Dayton Hedges.— Motion for leave to argue appeals together granted.   Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Locomobile Company v. Edwin Nichols.— Motion for leave to amend notice of appeal denied, without costs, as unnecessary.  Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Laura Glover v. National Bank of Commerce in New York.— Motion for extension of time granted on condition that papers are filed and case ready for argument on March sixteenth. Order to be settled on notice.  Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

Chauncey P. McKnight v. Louise S. McKnight.— Motions granted, without costs.   Orders to be settled on notice.   Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.

The City of New York v. New York Trust Company.— Motion for leave to file brief granted.  Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.